IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02020-RM-KLM

JESSICA MASON,
MICHELLE CROSS,
ALLISON STEBBING, and
JAME TENCZA,
    Individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

FANTASY, LLC, doing business as Fantasy Gentlemen's Club, and
KEVIN EARDLEY,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Amend Scheduling Order Regarding Expert Disclosure Deadlines** [#38] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#38] is **GRANTED**. The Scheduling Order [#25] is amended to extend the following deadlines:

- Affirmative Expert Disclosure Deadline    **July 7, 2014**
- Rebuttal Expert Disclosure Deadline    **August 7, 2014**

Dated: May 23, 2014