IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02020-RM-KLM

JESSICA MASON,
MICHELLE CROSS,
ALLISON STEBBING, and
JAME TENCZA,
    Individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

FANTASY, LLC, doing business as Fantasy Gentlemen's Club, and
KEVIN EARDLEY,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Amend Scheduling Order Regarding Class Certification and Expert Disclosure Deadlines** [#41] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#41] is **GRANTED**. The Scheduling Order [#25] is amended to extend the following deadlines:

- Affirmative Expert Disclosure Deadline   **August 18, 2014**
- Class Certification Deadline   **August 25, 2014**
- Rebuttal Expert Disclosure Deadline   **September 17, 2014**

    IT IS FURTHER **ORDERED** sua sponte that the discovery deadline is extended from August 4, 2014 to **September 17, 2014** for the limited purpose of allowing expert disclosures. All other discovery must be completed by the August 4, 2014 deadline.

    Dated: June 11, 2014