IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02020-RM-KLM

JESSICA MASON,
MICHELLE CROSS,
ALLISON STEBBING, and
JAME TENCZA,
    Individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

FANTASY, LLC, doing business as Fantasy Gentlemen's Club, and
KEVIN EARDLEY,

    Defendants.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Vacate and Reset Final Pretrial Conference** [#65] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#65] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for December 8, 2014 at 10:00 a.m. is **VACATED** and **RESET** to **January 15, 2015** at **9:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **January 8, 2015**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

    **The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website.**

    Dated: November 24, 2014