IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02020-RM-KLM

JESSICA MASON,
MICHELLE CROSS,
ALLISON STEBBING, and
JAME TENCZA,
ANDREA CONDE,
CIERRA SUTTON,
BRICKELL CLARK,
SIREENA FORTENBERRY,
ALLISON HAMEL,
RHEA WILSON,
GEORGINA SANTICH, and
AIMEE TRUMPEY, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

FANTASY, LLC, doing business as Fantasy Gentlemen's Club, and
KEVIN EARDLEY,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Kevin Eardley's ("Eardley") **Notice of Automatic Stay** [#82] (the "Notice") and on Defendant Fantasy, LLC's ("Fantasy") **Motion to Stay** [#83]. In the Notice, Defendant Eardley states that on February 17, 2015, he filed a petition for relief pursuant to Chapter 13 of the United States Bankruptcy Code, thereby initiating the automatic stay requirement of 11 U.S.C. § 362. *See Ex. A* [#82-1]. Defendant Eardley is the owner and operator of the only other defendant in this matter, Defendant Fantasy. Accordingly, the automatic stay imposed as to Defendant Eardley may also require a stay as to Defendant Fantasy. *See In re Pickel*, 487 B.R. 289 (Bankr. D.N.M. 2013) (holding that an automatic stay applied to the assets of a limited liability company wholly owned by the debtor). Given the nature of the automatic stay requirement of 11 U.S.C. § 362,

    IT IS HEREBY **ORDERED** that this matter is **STAYED** in its entirety based on the automatic stay requirement of 11 U.S.C. § 362. However, as to Defendant Fantasy, the

-2-

Court will adjudicate the Motion to Stay [#83] when it is fully briefed and determine then whether the stay should be lifted.

IT IS FURTHER **ORDERED** that Defendant Eardley shall file a Status Report **every 90 days** regarding the status of the bankruptcy matter and **within 10 days** of the lifting of the stay in regards to this lawsuit.

Dated: February 20, 2015