IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02020-RM-KLM

JESSICA MASON,
MICHELLE CROSS,
ALLISON STEBBING, and
JAME TENCZA,
    Individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

FANTASY, LLC, doing business as Fantasy Gentlemen's Club, and
KEVIN EARDLEY,

    Defendants.

_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Partially Unopposed Motion for Leave to File Second Amended/Supplemental Complaint and Jury Demand** [#71] (the "Motion to Amend Complaint"); on Defendants' **Unopposed Motion for Leave to File Amended Response to Plaintiff's Statement of Undisputed Material Facts and Statement of Additional Facts** [#76] (the "Motion to Amend Response"); and on Defendant Fantasy, LLC's **Motion to Stay** [#83].

    IT IS HEREBY **ORDERED** that the Motion to Amend Response [#76] is **GRANTED**. Defendants' First Amended Response to Plaintiff's Statement of Undisputed Material Facts and Statement of Additional Facts [#76-1] is **accepted** for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that the Motion to Stay [#83] is **DENIED as moot**. Because there is now an automatic stay in this matter as to both Defendants pursuant to 11 U.S.C. § 362, *see* [#82, #87], there is no need to determine whether the stay should be lifted as to Defendant Fantasy, LLC. *See Minute Order* [#85].

    IT IS FURTHER **ORDERED** that the Motion to Amend Complaint [#71] is **DENIED without prejudice** due to the pending stay related to Defendants' bankruptcy proceedings.

    Dated: April 2, 2015