IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02020-RM-KLM

JESSICA MASON,
MICHELLE CROSS,
ALLISON STEBBING, and
JAME TENCZA,
      Individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

FANTASY, LLC, doing business as Fantasy Gentlemen's Club, and
KEVIN EARDLEY,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiffs' **Unopposed Motion to Vacate and Reset Final Pretrial Conference** [#106] (the "Motion").

      IT IS HEREBY **ORDERED** that the Final Pretrial Conference set for September 29, 2015 at 10:00 a.m. is **VACATED** and **RESET** to **November 10, 2015** at **1:30 p.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

      IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **November 3, 2015**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

      Dated:  September 9, 2015